1 **ELIZABETH M. BARROS**
California State Bar No. 227629
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 E-Mail: elizabeth_barros@fd.org

5 Attorneys for Tracy Ann Nelson

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10                        **(HONORABLE LEO S. PAPAS)**

11 UNITED STATES OF AMERICA,    )   Case No. 07MJ2403-01
                                )
12            Plaintiff,        )
                                )
13 v.                           )   **CERTIFICATE OF SERVICE**
                                )
14 TRACY ANN NELSON,            )
                                )
15            Defendant.        )
   _____ )

17        Counsel for Defendant certifies that a copy of the foregoing document has been served this day upon:

18                        U.S. Attorney CR
                      Efile.dkt.gc2@usdoj.gov;

20                      Wayne Charles Mayer
                        wcmayer@aol.com; and

21                       Donald A. Nunn
                      nunnd2@sbcglobal.net

23                                          Respectfully submitted,

25 DATED:    October 12, 2007              /s/ Elizabeth M. Barros
                                           **ELIZABETH M. BARROS**
26                                         Federal Defenders of San Diego, Inc.
                                           Attorneys for Tracy Ann Nelson