UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br>vs.<br>TRACY ANN NELSON (1)<br>RICARDO GOMEZ (2)<br>Defendant(s) | CRIMINAL NO. 07mj2403<br>ORDER<br>RELEASING MATERIAL WITNESS<br>Booking No. |

*Leo S. Papas*

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: ((Bond Posted)/ Case Disposed / Order of Court).

JESUS GAMEZ - AGUADO

DATED: 10/16/07

Leo S. Papas

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____ OR
            DUSM  5995

W. SAMUEL HAMRICK, JR. Clerk

by

J. JARABEK
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70062