UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
DEC 10 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    vs.<br><br>TRACY ANN NELSON (1),<br><br>               Defendant. | CASE NO. 07CR2902-WQH<br><br>JUDGMENT OF DISMISSAL |

       IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___  the Court has dismissed the case for unnecessary delay; or

___  the Court has granted the motion of the Government for dismissal; or

___  the Court has granted the motion of the defendant for a judgment of acquittal; or

___  a jury has been waived, and the Court has found the defendant not guilty; or

___  the jury has returned its verdict, finding the defendant not guilty;

**X**  of the offense(s) of: 8:1324(a)(1)(A)(ii) AND (V)(II) Transportation of Illegal Aliens and Aiding and Abetting

       IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: DECEMBER 6, 2007

                                 WILLIAM Q. HAYES
                                 UNITED STATES DISTRICT JUDGE

                             ENTERED ON 12/6/07