**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

        Plaintiff,

    vs.

TRACY ANN NELSON (1),

        Defendant.

CASE NO. 07CR2902-WQH

**JUDGMENT OF DISMISSAL**

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant *not* guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) of: 8:1324(a)(1)(A)(ii) AND (V)(II) Transportation of Illegal Aliens and Aiding and Abetting

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: DECEMBER 6, 2007

WILLIAM Q. HAYES
UNITED STATES DISTRICT JUDGE

Judgment of dismissal
12/10/07

ENTERED ON 12/6/07