

UNITED STATES DISTRICT COURT

Southern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>TRACEY ANN NELSON et al, )<br>)<br>Defendant(s). ) | Case No.: 07 CR 2902 WQH<br><br>~~mdc PROPOSED~~ ORDER |

## ORDER

    **GOOD CAUSE APPEARING** it is hereby ordered that the $750.00 cash deposit

for the material witness bond on behalf of the material witness **JESUS GAMEZ**

**AGUADO** be returned to the surety listed in the bonding documents, to wit: Arquimieds

Leon, 19248 Western Blvd., Hayward, CA 94541.

**Dated:** December _13_, 2007

The Honorable Leo S. Papas
United States Magistrate Judge

OK per chambers