| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | STEVE MILLER |
| | Assistant U.S. Attorney |
| 3 | California State Bar No. 138020 |
| | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-5432 |
| | Email:stevemiller2@usdoj.gov |
| 6 | |
| | Attorneys for Plaintiff |
| 7 | United States of America |

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| 10 | UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR2902-WQH |
| 11 | Plaintiff, | ) ) ) | NOTICE OF APPEARANCE |
| 12 | v. | ) ) | |
| 13 | TRACY ANN NELSON (1) | ) ) | |
| | RICARDO GOMEZ (2), | ) | |
| 14 | | ) | |
| | Defendant. | ) | |
| 15 | | ) | |

16

17   TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

18       I, the undersigned attorney, enter my appearance as co-counsel in the above-captioned case.

19       I certify that I am admitted to practice in this court or authorized to practice under CivLR

20   83.3.c.3-4.

21       The following government attorneys (who are admitted to practice in this court or authorized

22   to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead

23   counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to

24   activity in this case:

25       <u>Name</u> (If none, enter "None" below)

26       None

27

28

Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

<u>Name</u> (If none, enter "None" below)

None

Please call me if you have any questions about this notice.

DATED: July 22, 2008

          Respectfully submitted,

          KAREN P. HEWITT
          United States Attorney

          *s/Steve Miller*
          _____
          STEVE MILLER
          Assistant United States Attorney
          Attorneys for Plaintiff
          United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07CR2902-WQH |
| Plaintiff, ) | |
| v. ) | |
| TRACY ANN NELSON (1) ) RICARDO GOMEZ (2), ) | CERTIFICATE OF SERVICE |
| Defendants. ) | |

IT IS HEREBY CERTIFIED THAT:

I, STEVE MILLER am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the Notice of Appearance on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. Donald Nunn
2. Wayne Charles Mayer
3. Elizabeth Barros

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 22, 2008

                                                 *s/Steve Miller*
                                               STEVE MILLER